UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| ROSIE HUDSON and<br>EDWARD HUDSON,<br>    Plaintiff,<br><br>-v-<br><br>WALMART STORES, INC.<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 1:12-cv-63<br><br>HONORABLE PAUL L. MALONEY |

## **JUDGMENT**

Having concluded that this Court lacks subject matter jurisdiction over the removed action, and having remanded the action to the Circuit Court for Berrien County, Michigan, pursuant to Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** enters.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   January 26, 2012               /s/ Paul L. Maloney
                                        Paul L. Maloney
                                        Chief United States District Judge